# United States Court of Appeals
## For the First Circuit

---

No. 05-1054

UNITED STATES OF AMERICA,

Appellee,

v.

COREY RONDEAU,

Defendant, Appellant.

---

ERRATA

The opinion of this court issued on November 23, 2005, is amended as follows:

On page 4, line 19, insert the word "as" between"the Colt" and "the gun"